UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GLENDA LOWERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-771-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 11, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on September 11, 2015, and Copies To:**

Leo R. Mentenegro (via CM/ECF Notice of Electronic Filing)
Bethany Morris Hukill (via CM/ECF Notice of Electronic Filing)


September 11, 2015              JULIE RICHARDS JOHNSTON, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk